400 A.2d 644

Dzuryachko v. Dzuryachko, Appellant.

Argued December 4, 1978. Martin

J. Cunningham, Jr., for appellant; Lawrence Sager, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.